```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 00228
   BRUCE C TIMMS
   LORI D TIMMS                              CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

           Debtor
   SSN XXX-XX-2209     SSN XXX-XX-2726

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 01/05/2007 and was confirmed 05/24/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors 100.00%.

      The case was paid in full 04/14/2008.
--------------------------------------------------------------------------
   CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                                PAID           PAID
--------------------------------------------------------------------------
   COUNTRYWIDE HOME LOANS    CURRENT MORTG          .00             .00             .00
   COUNTRYWIDE HOME LOANS    MORTGAGE ARRE      1698.03             .00         1698.03
   COUNTRYWIDE HOME LOANS    CURRENT MORTG          .00             .00             .00
   COUNTRYWIDE HOME LOANS    MORTGAGE ARRE       228.39             .00          228.39
   FIRST PREMIER             UNSECURED        NOT FILED             .00             .00
   US CELLULAR CHICAGO       UNSECURED        NOT FILED             .00             .00
   HEALTHSOUTH PETERSON      UNSECURED        NOT FILED             .00             .00
   SBC                       UNSECURED           195.64             .00          195.64
   SBC                       UNSECURED           118.49             .00          118.49
   CAPITAL ONE               UNSECURED          1521.25             .00         1521.25
   CAPITAL ONE               UNSECURED           593.69             .00          593.69
   CREDIT FIRST NA           UNSECURED           260.67             .00          260.67
   FIRST PREMIER BANK        UNSECURED        NOT FILED             .00             .00
   UNITED CREDIT NATIONAL B  UNSECURED        NOT FILED             .00             .00
   ILLINOIS COLLECTION SERV  UNSECURED        NOT FILED             .00             .00
   ILLINOIS COLLECTION SERV  UNSECURED        NOT FILED             .00             .00
   INTERNAL REVENUE SERVICE  UNSECURED        NOT FILED             .00             .00
   INTERNAL REVENUE SERVICE  UNSECURED          4090.27             .00         4090.27
   INTERNAL REVENUE SERVICE  UNSECURED        NOT FILED             .00             .00
   MEDICAL BUSINESS BUREAU   UNSECURED        NOT FILED             .00             .00
   JEFFERSON CAPITAL SYSTEM  UNSECURED          1407.41             .00         1407.41
   PEOPLES GAS LIGHT & COKE  UNSECURED        NOT FILED             .00             .00
   PLAINS COMMERCE BANK      UNSECURED           140.46             .00          140.46
   PLAINS COMMERCE BANK      UNSECURED            96.46             .00           96.46
   DEUTSCHE BANK NATIONAL    NOTICE ONLY      NOT FILED             .00             .00
   CODILIS & ASSOCIATES ^    NOTICE ONLY      NOT FILED             .00             .00
   INTERNAL REVENUE SERVICE  PRIORITY            830.96             .00          830.96
   ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       2,374.00                        2,374.00
   TOM VAUGHN                TRUSTEE                                           1,103.37
   DEBTOR REFUND             REFUND                                           12,030.78

       Summary of Receipts and Disbursements:
```

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 00228 BRUCE C TIMMS & LORI D TIMMS

```
--------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 26,689.87

PRIORITY                                          830.96
SECURED                                         1,926.42
UNSECURED                                       8,424.34
ADMINISTRATIVE                                  2,374.00
TRUSTEE COMPENSATION                            1,103.37
DEBTOR REFUND                                  12,030.78
                        ---------------    ---------------
TOTALS                  26,689.87              26,689.87
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
   Dated: 07/29/08            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```